*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John F. Petersheim and Lena M. Petersheim
    Debtor(s)

Case No: 12–11337–jkf

Chapter: 12

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Debtors' Response to
Certification of Default filed by
Creditor United States of America
Department of Agriculture Acting Through the Farm

on: 10/19/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/9/16

Timothy B. McGrath
Clerk of Court

111 – 110
Form 167