United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John F. Petersheim
Lena M. Petersheim
    Debtors

Case No. 12-11337-jkf
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 2     Date Rcvd: Sep 09, 2016
                       Form ID: 167    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
```
db/jdb        +John F. Petersheim,   Lena M. Petersheim,   350 S Sandy Hill Road,   Coatesville, PA 19320-1179
r              BEILER-CAMPBELL,   100 Baltimore Pike,   Chadds Ford, PA  19317
cr            +Paul & Lena Lapp,   c/o Barry Solodky,   212 N Queen Street,   Lancaster, PA 17603-3512
12672090      +Allergy and Asthma Center,   2445 Marietta Avenue,   Lancaster, PA 17601-1942
12672092      +Berkheimer,   50 N 7th Street,   Bangor, PA 18013-1798
12707561      +Berkheimer Tax Administrator, Agent for,   West Caln Twp & Coatesville ASD,
                50 North Seventh Street,   Bangor, PA 18013-1731
12672093      +Chemgro,   PO Boxc 218,   East Petersburg, PA 17520-0218
12672094      +Chester County Tax Claim Bureau,   313 W Market Street, STE 3602,   West Chester, PA 19382-2804
12672089      +Farm Service Agency,   1238 County Welfare Road,   PO Box 520,   Leesport, PA 19533-0520
12672096      +Financial Recoveries,   200 E Park Drive,   Mount Laurel, NJ 08054-1297
12672097       First Premier,   PO Box 5524,   Sioux Falls, SD 57117-5524
12672098      +Fry Surveying,   21 S Hershey Avenue,   Leola, PA 17540-1915
12742354      +Fry Surveying, Inc.,   c/o Susan P. Peipher, Esquire,   Blakinger, Byler & Thomas, P.C.,
                28 Penn Square,   Lancaster, PA 17603-4297
12672099      +Jennifer McKay,Esquire,   126 W Miner Street,   WEst Chester, PA 19382-3216
12672100      +John Beiler,   989 May Post Office Road,   Strasburg, PA 17579-9729
12746964      +John S. & Sadie S. Beiler,   c/o Edward L. Miller, Esquire,   Blakinger, Byler & Thomas, P.C.,
                28 Penn Square,   Lancaster, PA 17603-4297
13743660      +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
12672102      +Martins Quality Mulch Products LLC,   PO Box 59,   Ephrata, PA 17522-0059
13022571      +Mitchell A. Sommers, Esquire,   107 West Main Street,   Ephrata, PA 17522-2014
12921504      +Paul & Lena Lapp,   c/o Barry A. Solodky, Esquire,   212 N Queen Street,
                Lancaster, PA 17603-3512
12720589       Paul B. Lapp and Lena S. Lapp,   Tamara E. Hogan, Esquire,   234 N. Duke Street,   PO BOX 1533,
                Lancaster, PA 17608-1533
12672104      +Paul D. Lapp,   215 Old Wilmington Road,   Coatesville, PA 19320-1103
12891300     #+USDA, Farm Service Agency,   1 Credit Union Place,   Suite 320,   Harrisburg, PA 17110-2912
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12672101      +E-mail/Text: csd1clientservices@cboflanc.com Sep 10 2016 01:46:21      Lancaster Collections,
                218 W Orange Street,   Lancaster, PA 17603-3746
12672103      +E-mail/Text: egssupportservices@egscorp.com Sep 10 2016 01:45:59      NCO Financial,
                507 Prudential Road,   Horsham, PA 19044-2368
12758497      +E-mail/Text: csidl@sbcglobal.net Sep 10 2016 01:46:05      Premier Bankcard/Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Chester County Tax Claim Bureau,   313 W. Market Street,   Suite 3602,
                West Chester, PA 19382-2804
cr*           +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
12672091     ##Apex Assoc Management,   PO Box 7044,   Lancaster, PA 17604-7044
12672095     ##+Paul and Lena Lapp,   215 Old Wilmington Road,   Coatesville, PA 19320-1103
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Sep 09, 2016
                               Form ID: 167               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Creditor Paul & Lena  Lapp bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;lleaman@n-hlaw.com;dsheaffer@n-hlaw
               .com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Lena M. Petersheim sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Debtor John F. Petersheim sommersesq@aol.com,  kjober@ptd.net
              THOMAS I. PULEO    on behalf of Creditor    United States of America Department of Agriculture,
               acting through the Farm Service Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John F. Petersheim and Lena M. Petersheim
    Debtor(s)

Case No: 12–11337–jkf
Chapter: 12

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Debtors' Response to
Certification of Default filed by
Creditor United States of America
Department of Agriculture Acting Through the Farm

on: 10/19/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 9/9/16

For The Court

Timothy B. McGrath
Clerk of Court

111 – 110
Form 167