IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John F. Petersheim<br>Lena M. Petersheim<br>　　　　　　　　　　Debtors | Chapter 12 |
| United States of America Department of<br>Agriculture, acting through the Farm Service<br>Agency<br>　　　　v.<br>John F. Petersheim<br>Lena M. Petersheim<br>　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | NO. 12-11337 JKF |

## ORDER

AND NOW, this 21st day of December 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 24, 2014 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow United States of America Department of Agriculture, acting through the Farm Service Agency and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 350 South Sandy Hill Road Coatesville, PA 19320.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

John F. Petersheim
Lena M. Petersheim
350 South Sandy Hill Road
Coatesville, PA 19320

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Mitchell A. Sommers, Esq.
Three West Main Street
Ephrata, PA 17522

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532