United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-11337-jkf
John F. Petersheim                                              Chapter 12
Lena M. Petersheim
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 1          Date Rcvd: Dec 23, 2016
                             Form ID: pdf900         Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db/jdb         +John F. Petersheim,    Lena M. Petersheim,    350 S Sandy Hill Road,    Coatesville, PA 19320-1179
r               BEILER-CAMPBELL,    100 Baltimore Pike,    Chadds Ford, PA  19317
cr             +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
                 West Chester, PA 19382-2804
cr             +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
cr             +Paul & Lena Lapp,    c/o Barry Solodky,    212 N Queen Street,    Lancaster, PA 17603-3512
12672089       +Farm Service Agency,    1238 County Welfare Road,    PO Box 520,    Leesport, PA 19533-0520
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 24 2016 00:46:57      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2016 00:45:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2016 00:46:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12891300      ##+USDA, Farm Service Agency,    1 Credit Union Place,    Suite 320,   Harrisburg, PA 17110-2912
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Creditor Paul & Lena  Lapp bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Lena M. Petersheim sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Debtor John F. Petersheim sommersesq@aol.com,   kjober@ptd.net
              THOMAS I. PULEO    on behalf of Creditor    United States of America Department of Agriculture,
               acting through the Farm Service Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John F. Petersheim<br>Lena M. Petersheim<br>　　　　　　　　　Debtors | Chapter 12 |
| United States of America Department of Agriculture, acting through the Farm Service Agency<br>　　　　v.<br>John F. Petersheim<br>Lena M. Petersheim<br>　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | NO. 12-11337 JKF |

**ORDER**

AND NOW, this 21st day of December, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 24, 2014 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow United States of America Department of Agriculture, acting through the Farm Service Agency and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 350 South Sandy Hill Road, Coatesville, PA 19320.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge

cc: See attached service list

John F. Petersheim
Lena M. Petersheim
350 South Sandy Hill Road
Coatesville, PA 19320

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Mitchell A. Sommers, Esq.
Three West Main Street
Ephrata, PA 17522

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532