# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN F. PETERSHEIM and | ) | CHAPTER 12 |
| LENA M. PETERSHEIM | ) | |
| | ) | |
| Debtors | ) | Case No. 12-11337 |
| | ) | |

## ORDER

AND NOW, this_____ day of _____, 2017, it is

ORDERED that Debtors payments shall be extended to pay a total amount of $85,609.26 over a period of 24 months in monthly amounts of $3, 567.05  a month.

BY THE COURT:

_____
Jean K.FitzSimon
Bankruptcy Judge

**Date: December 11, 2017**