United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John F. Petersheim  
Lena M. Petersheim  
    Debtors

Case No. 12-11337-jkf  
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Dec 11, 2017  
                Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
```
db/jdb        +John F. Petersheim,    Lena M. Petersheim,    350 S Sandy Hill Road,    Coatesville, PA 19320-1179
r              BEILER-CAMPBELL,    100 Baltimore Pike,    Chadds Ford, PA 19317
cr            +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
                West Chester, PA 19382-2804
cr            +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
cr            +Paul & Lena Lapp,    c/o Barry Solodky,    212 N Queen Street,    Lancaster, PA 17603-3512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 12 2017 01:13:46     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 01:13:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2017 01:13:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
```
              BARRY A. SOLODKY    on behalf of Creditor Paul & Lena Lapp bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Lena M. Petersheim sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Debtor John F. Petersheim sommersesq@aol.com, kjober@ptd.net
              THOMAS I. PULEO    on behalf of Creditor   United States of America Department of Agriculture,
               acting through the Farm Service Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN F. PETERSHEIM and | ) | CHAPTER 12 |
| LENA M. PETERSHEIM | ) | |
| | ) | |
| **Debtors** | ) | Case No. 12-11337 |
| | ) | |

**ORDER**

AND NOW, this_____ day of _____, 2017, it is

ORDERED that Debtors payments shall be extended to pay a total amount of $85,609.26 over a period of 24 months in monthly amounts of $3, 567.05 a month.

BY THE COURT:

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: December 11, 2017**