UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                                    CHAPTER:  12

John F. Petersheim
Lena M. Petersheim,

        DEBTOR(S)                                         CASE NO.: 12-11337-JKF



ACCEPTANCE OF APPOINTMENT
AS
CHAPTER 12 TRUSTEE


        I, Michael B. Joseph, of Wilmington Delaware, hereby accept appointment as successor

Chapter 12 Trustee in the above referenced case, pursuant to 11 U.S.C. 1202.



                                        /s/ Michael B. Joseph
                                        Michael B. Joseph, Esquire
                                        Chapter 12 Trustee
                                        824 Market Street, Suite 1002
                                        P.O. Box 1350
                                        Wilmington, Delaware 19899-1350
                                        (302) 656-0123
                                        mjoseph@ch13de.com




Dated:  July 19, 2018