IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN F. & LENA M. PETERSHEIM  : Chapter 12

Debtor(s).  : CASE NO: 12-11337-JKF

### INTERIM ACCOUNT OF SUCCESSOR CHAPTER 12 TRUSTEE

Michael B. Joseph, Esquire, Successor Chapter 12 Trustee, respectfully represents as follows:

1. The above Debtor(s) filed this case on February 15, 2012 and the Plan was confirmed on March 21, 2013.

2. Frederick Reigle, Esquire (the "former Trustee") was appointed the Chapter 12 Trustee and served until July 15, 2018. On July 16, 2018, Michael B. Joseph was appointed as the Successor Trustee (the "Successor Trustee").

3. Attached hereto as "Exhibit A" and by this reference made a part hereof, is an Interim Account of the Successor Trustee (the "Interim Account").

4. Upon information and belief the Interim Account accurately reflects an accounting of all funds received and disbursed by the Former Trustee.

WHEREFORE, this Interim Account is respectfully submitted pursuant to 11 U.S.C. Sec. 703 and 11 U.S.C. Sec. 1202.

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Successor Chapter 12 Trustee

## SUCCESSOR TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Successor Trustee of the within matter, do hereby certify that on this 28th day of September, 2018, I caused one copy of the within Interim Account of Successor Chapter 12 Trustee to be served by United States Mail, Postage Prepaid, to the undersigned:

JOHN F. & LENA M. PETERSHEIM
350 S Sandy Hill Road
Coatesville, PA  19320
Debtor(s)

Mitchell Sommers, Esquire
107 West Main Street
Ephrata, PA 17522
Attorney for Debtor(s)

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Successor Chapter 12 Trustee

# MICHAEL B. JOSEPH, CHAPTER 12 TRUSTEE
## Interim Account
### For Period From 02-15-12 Through 09-28-18

JOHN F. & LENA M. PETERSHEIM  
350 S Sandy Hill Road  
Coatesville, PA  19320

Case No.: 12-11337-JKF  
% Plan: 100.00  Plan Term: 60  
Receipts for Period          :$    283,161.10  
Total Disbursed in Period    :$    276,026.82  
Balance at the End of Period $      7,134.28

Atty:   Mitchell Sommers, Esquire  
        107 West Main Street  
        Ephrata, PA 17522

## Receipts For The Period

$283,161.10 as of 09-28-18

## Claims and Distributions

| Claim# | Creditor/Payee Name | Claim Type | Claim Amt | Ttl Paid | Bal Due |
|---|---|---|---|---|---|
| 001 | Chester CountyTax Bureau | SECURED | 7,218.54 | 7,218.54 | 0.00 |
| 002 | Keystone Collections Group | PRIORITY | 368.45 | 0.00 | 368.45 |
| 003 | Paul & Lena Lapp | SECURED | 212,812.69 | 212,812.69 | 0.00 |
| 004 | Fry Surveying Inc | SECURED | 11,254.00 | 0.00 | 11,254.00 |
| 005 | John & Sadie Beiler | SECURED | 74,600.00 | 11,099.46 | 63,500.54 |
| 006 | Premier BankCard | UNSECURED | 0.00 * | 0.00 | 0.00 |
| 007 | USDA FARM SERVICE AGENCY | SECURED | 31,797.08 | 31,797.08 | 0.00 |
| 008 | Mitchell Sommers, Esquire | ATTORNEY FEES | 2,329.40 | 2,329.40 | 0.00 |
| 009 | Mitchell Sommers, Esquire | ADDITIONAL ATTORNEYS FEES | 1,544.50 | 1,544.50 | 0.00 |
| 050 | Frederick L Reigle | TRUSTEE COMMISSION | 9,225.15 | 9,225.15 | 0.00 |
| 100 | APEX ASSOC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 101 | CHEMGRO | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 102 | FINANCIAL RECOVERIES | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 103 | JENNIFER MCKAY, ESQUIRE | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 104 | MARTINS QUALITY MULCH PRODUCTS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| 105 | NCO FINANCIAL | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 |
| | | | 351,149.81 | 276,026.82 | 75,122.99 |

Approximate amount needed to pay out claims with commission as of 09-28-18: 71567.06  
* Marked claims have been adjusted according to payment status or percent plan.