# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 12 |
|    JOHN F. PETERSHEIM | : | |
|       and | : | |
|    LENA M. PETERSHEIM | : | |
|       DEBTORS. | : | CASE NO: 12-11337-JKF |

## *ORDER*

## *TRUSTEE'S MOTION TO DISMISS*

**AND NOW,** upon consideration of Trustee's Motion to Dismiss Case and after a Notice, said case is hereby dismissed for failure to make timely plan payments in accordance with the Order confirming Debtors' First Amended Chapter 12 Plan.

By the Court:

Dated: 9/18/19

_____
Judge Jean K. FitzSimon      kx