United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-11337-jkf
John F. Petersheim                                              Chapter 12
Lena M. Petersheim
      Debtors                    CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 2           Date Rcvd: Sep 18, 2019
                             Form ID: pdf900         Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db/jdb         +John F. Petersheim,   Lena M. Petersheim,   350 S Sandy Hill Road,   Coatesville, PA 19320-1179
r               BEILER-CAMPBELL,   100 Baltimore Pike,   Chadds Ford, PA  19317
cr             +Paul & Lena Lapp,   c/o Barry Solodky,   212 N Queen Street,   Lancaster, PA 17603-3512
12672090       +Allergy and Asthma Center,   2445 Marietta Avenue,   Lancaster, PA 17601-1942
12672091        Apex Assoc Management,   PO Box 7044,   Lancaster, PA 17604-7044
12672092       +Berkheimer,   50 N 7th Street,   Bangor, PA 18013-1798
12707561       +Berkheimer Tax Administrator, Agent for,   West Caln Twp & Coatesville ASD,
                 50 North Seventh Street,   Bangor, PA 18013-1731
12672093       +Chemgro,   PO Boxc 218,   East Petersburg, PA 17520-0218
12672094       +Chester County Tax Claim Bureau,   313 W Market Street, STE 3602,   West Chester, PA 19382-2804
12672089       +Farm Service Agency,   1238 County Welfare Road,   PO Box 520,   Leesport, PA 19533-0520
12672096       +Financial Recoveries,   200 E Park Drive,   Mount Laurel, NJ 08054-1297
12672097        First Premier,   PO Box 5524,   Sioux Falls, SD 57117-5524
12672098       +Fry Surveying,   21 S Hershey Avenue,   Leola, PA 17540-1915
12742354       +Fry Surveying, Inc.,   c/o Susan P. Peipher, Esquire,   Blakinger, Byler & Thomas, P.C.,
                 28 Penn Square,   Lancaster, PA 17603-4297
12672099       +Jennifer McKay,Esquire,   126 W Miner Street,   WEst Chester, PA 19382-3216
12672100       +John Beiler,   989 May Post Office Road,   Strasburg, PA 17579-9729
12746964       +John S. & Sadie S. Beiler,   c/o Edward L. Miller, Esquire,   Blakinger, Byler & Thomas, P.C.,
                 28 Penn Square,   Lancaster, PA 17603-4297
13743660       +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
12672102       +Martins Quality Mulch Products LLC,   PO Box 59,   Ephrata, PA 17522-0059
13022571       +Mitchell A. Sommers, Esquire,   107 West Main Street,   Ephrata, PA 17522-2014
12921504       +Paul & Lena Lapp,   c/o Barry A. Solodky, Esquire,   212 N Queen Street,
                 Lancaster, PA 17603-3512
12720589        Paul B. Lapp and Lena S. Lapp,   Tamara E. Hogan, Esquire,   234 N. Duke Street,   PO BOX 1533,
                 Lancaster, PA 17608-1533
12672104       +Paul D. Lapp,   215 Old Wilmington Road,   Coatesville, PA 19320-1116
12672095       +Paul and Lena Lapp,   215 Old Wilmington Road,   Coatesville, PA 19320-1116
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:42    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:10:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:23    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12672101       +E-mail/Text: csd1clientservices@cboflanc.com Sep 19 2019 03:10:44    Lancaster Collections,
                 218 W Orange Street,   Lancaster, PA 17603-3746
12672103       +E-mail/Text: egssupportservices@alorica.com Sep 19 2019 03:10:16    NCO Financial,
                 507 Prudential Road,   Horsham, PA 19044-2308
12758497       +E-mail/Text: csidl@sbcglobal.net Sep 19 2019 03:10:22    Premier Bankcard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Chester County Tax Claim Bureau,   313 W. Market Street,   Suite 3602,
                 West Chester, PA 19382-2804
cr*            +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
12891300      ##+USDA, Farm Service Agency,   1 Credit Union Place,   Suite 320,   Harrisburg, PA 17110-2912
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Sep 18, 2019
                              Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Creditor Paul & Lena  Lapp bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;asnavely@n-hlaw.com
              MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
              MICHAEL B. JOSEPH    mjoseph@ch13de.com
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Lena M. Petersheim sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Debtor John F. Petersheim sommersesq@aol.com,  kjober@ptd.net
              THOMAS I. PULEO    on behalf of Creditor   United States of America Department of Agriculture,
               acting through the Farm Service Agency tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 12 |
| JOHN F. PETERSHEIM | : | |
| and | : | |
| LENA M. PETERSHEIM | : | |
| DEBTORS. | : | CASE NO: 12-11337-JKF |

*ORDER*

*TRUSTEE'S MOTION TO DISMISS*

**AND NOW,** upon consideration of Trustee's Motion to Dismiss Case and after a Notice, said case is hereby dismissed for failure to make timely plan payments in accordance with the Order confirming Debtors' First Amended Chapter 12 Plan.

By the Court:

Dated: 9/18/19

_____
Judge Jean K. FitzSimon