**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                      § Case No. 12-11337JKF
JOHN F. & LENA M. PETERSHEIM                                    §
                                                                                              §
Debtor(s)                                                                      §

**CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Michael B. Joseph, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 02/15/2012.

2) The plan was confirmed on 03/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/18/2019.

6) Number of months from filing or conversion to last payment: 91.

7) Number of months case was pending: 96.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

**UST Form 101-12-FR-C (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 300,996.35 |
| Less amount refunded to debtor | $ | 137.03 |
| **NET RECEIPTS:** | $ | 300,859.32 |

**Expenses of Administration**:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ | 3,873.90 |
| Court Costs | $ | 0.00 |
| Trustee Expenses & Compensation | $ | 10,407.65 |
| Other | $ | 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $ | 14,281.55 |
| Attorney fees paid and disclosed by debtor: | $ | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Sched. | Claim Asserted | Claim Allowed | Principal Paid | Int. Pd. |
|---|---|---|---|---|---|---|
| Chester CountyTax Bureau | Secured | 7218.54 | 7218.54 | 7218.54 | 7218.54 | 0.00 |
| Keystone Collections Group | Priority | 385.82 | 368.45 | 368.45 | 0.00 | 0.00 |
| Paul & Lena Lapp | Secured | 204666.00 | 212812.69 | 212812.69 | 212812.69 | 0.00 |
| Fry Surveying Inc | Secured | 11254.00 | 11254.00 | 11254.00 | 0.00 | 0.00 |
| John & Sadie Beiler | Secured | 0.00 | 74600.00 | 74600.00 | 34749.46 | 0.00 |
| Premier BankCard | Unsecured | 624.72 | 822.44 | 822.44 | 0.00 | 0.00 |
| USDA FARM SERVICE AGENCY | Secured | 117464.88 | 117464.88 | 31797.08 | 31797.08 | 0.00 |
| Mitchell Sommers, Esquire | Attorney | 0.00 | 2329.40 | 2329.40 | 2329.40 | 0.00 |
| Mitchell Sommers, Esquire | Attorney | 0.00 | 1544.50 | 1544.50 | 1544.50 | 0.00 |
| Frederick L Reigle | Trustee | 0.00 | 9225.15 | 9225.15 | 9225.15 | 0.00 |
| APEX ASSOC | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| CHEMGRO | Unsecured | 1739.10 | NA | NA | 0.00 | 0.00 |
| FINANCIAL RECOVERIES | Unsecured | 968.00 | NA | NA | 0.00 | 0.00 |
| JENNIFER MCKAY, ESQUIRE | Unsecured | 1625.00 | NA | NA | 0.00 | 0.00 |
| MARTINS QUALITY MULCH PRODUCTS | Unsecured | 2869.82 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-12-FR-C (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 337,682.31 | $ 286,577.77 | $ 0.00 |
| **TOTAL SECURED:** | $ 337,682.31 | $ 286,577.77 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 368.45 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 368.45 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 822.44 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $ 14,281.55 |
| Disbursements to Creditors | $ 286,577.77 |
| **TOTAL DISBURSEMENTS:** | $ 300,859.32 |

**UST Form 101-12-FR-C (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: 02/11/2020              By: /s/Michael B. Joseph
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-12-FR-C (09/01/2009)**

# TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Chapter 12 Trustee of the within case, do hereby certify that on this 11st day of February, 2020, I caused one copy of the within Trustee's Final Report to be served on the following:

UNITED STATES MAIL, POSTAGE PREPAID

JOHN F. & LENA M. PETERSHEIM
350 S Sandy Hill Road
Coatesville, PA  19320

Debtor(s)

Mitchell Sommers, Esquire
107 West Main Street
Ephrata, PA 17522

Attorney for Debtor(s)

/S/ Michael B. Joseph
Michael B. Joseph, Trustee
P.O. Box 1350
824 Market Street
Wilmington, DE 19899-1350
302-656-0123
Chapter 12 Trustee